UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON MCMANUS HOLTZMAN, as Trustee of The Elizabeth McManus Holtzman Irrevocable Trust,<br><br>JACKIE MCMANUS HOLTZMAN, as Trustee of The Elizabeth McManus Holtzman Irrevocable Trust,<br><br>and<br><br>MADALENA MCMANUS HOLTZMAN, as Trustee of The Elizabeth McManus Holtzman Irrevocable Trust,<br><br>**Plaintiffs**,<br><br>v.<br><br>KUNSTMUSEEN KREFELD,<br><br>**Defendant**. | Civil Action No. 1:20-cv-02976-EGS |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Issuance of Letter of Request for International Judicial Assistance (Letter Rogatory), it is hereby **ORDERED** as follows:

1. The Plaintiffs' Motion is **GRANTED;** and

2. A Letter Rogatory shall be issued requesting assistance from the appropriate Judicial Authority of the Federal Republic of Germany to effect service of process upon Defendant Kunstmuseen Krefeld.

Dated: __August 20, 2021__

*Emmet G. Sullivan*
2021.08.20
11:11:09 -04'00'

HON. EMMET G. SULLIVAN, District Judge
United States District Court for the District of Columbia